# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5123**                                    **September Term, 2025**

**1:25-cv-04316-RJL**

**Filed On: June 5, 2026** [2177053]

National Trust for Historic Preservation in
the United States,

        Appellee

    v.

National Park Service, et al.,

        Appellants

----------------------------

Consolidated with 26-5134

    **BEFORE:**    Circuit Judges Millett, Rao, and Garcia

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, June 5, 2026 at 9:32 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Jacob Roth (DOJ), counsel for Appellants.

    Thaddeus A. Heuer, counsel for Appellee.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                    Jaime T. Stratton
                    Deputy Clerk