# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Nat'l Trust for Historic Preservation

**v.**

Nat'l Park Service et al.

**Case No:** 26-5123, 26-5134

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ⦿ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| National Park Service | Jessica Bowron, in her official capacity |
| John Stanwich, in his official capacity | Department of the Interior |
| Douglas Burgum, in his official capacity | General Services Administration |
| Michael J. Rigas, in his official capacity | Donald J. Trump, in his official capacity |

### Counsel Information

**Lead Counsel:** Brett A. Shumate

**Direct Phone:** ( 202 ) 514-3301  **Fax:** ( ___ ) _____  **Email:** brett.a.shumate@usdoj.gov

**2nd Counsel:**

**Direct Phone:** ( ___ ) _____  **Fax:** ( ___ ) _____  **Email:**

**3rd Counsel:**

**Direct Phone:** ( ___ ) _____  **Fax:** ( ___ ) _____  **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division

**Firm Address:** 950 Pennsylvania Ave. NW, Washington DC 20530

**Firm Phone:** ( 202 ) 514-2000  **Fax:** ( ___ ) _____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**Additional parties represented:**

Executive Office of the President

Susie Wiles, in her official capacity

Office of the Executive Residence

Robert B. Downing, in his official capacity